Law Offices of Preeti K. Bajwa
Preeti K. Bajwa (SBN 232484)
901 H. Street, Suite 208
Sacramento, CA 95814
(916) 444-7100

Attorney for Defendant
AISHA STEVENS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 2:10-CR-211 FCD |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | JUDGE: Honorable Frank C. Damrell, Jr. |
| Aisha Stevens et. al. | |
| Defendants | |

    IT IS HEREBY stipulated between the UNITED STATES OF AMERICA through its undersigned counsel, Jared Dolan, Assistant United States Attorney together with counsel for defendant Aisha Stevens, Preeti K. Bajwa, Esq., counsel for defendant Anjenette Brown, Michael Bigelow, Esq., and counsel for defendant, John Smithson, Kirk McAllister hereby agree and stipulate that the status conference presently set for August 1, 2011 at 10:00 a.m. be **continued to September 6, 2011, at 10:00 a.m.,** thus **vacating** the presently set status conference.

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

- 1 -

1  Further, all of the parties, the United States of America and all of the defendants as stated
2  above, hereby agree and stipulate that time under the Speedy Trial Act should be excluded under
3  Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local
4  code T-2 (unusual and complex case) and Local Code T-4 (to allow defense counsel time to
5  prepare) from the date of the parties' stipulation, August 1, 2011, to and including Tuesday,
6  September 6, 2011.

**TIME EXCLUDED UNDER THE SPEEDY TRIAL ACT**

The parties and the government agree and stipulate that with the voluminous discovery, the number of defendants involved in the case (12), the complex legal issues involved in the case and the time needed by defendants to review all of the discovery produced by the government to date, it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in § 3161.  In addition, the parties stipulate and agree that the continuance requested herein is necessary to provide defense counsel reasonable time to prepare their respective clients' defenses taking into account due diligence and that the interests of justice in granting this reasonable request for a continuance outweighs the best interests of the public and defendants for a speedy trial in this case, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-2 (unusual and complex case) and Local Code T-4 (to allow defense counsel time to prepare).

DATED:  July 28, 2011

Respectfully submitted,

/s/ Preeti K. Bajwa
PREETI K. BAJWA
Attorney for Defendant
AISHA STEVENS

| | |
|---|---|
| 1 | DATED:  July 28, 2011 |
| 2 | Respectfully submitted, |
| 3 | |
| 4 | /s/ Michael Bigelow<br>MICHAEL BIGELOW |
| 5 | Attorney for Defendant<br>ANJENETTE BROWN |

DATED:  July 28, 2011

Respectfully submitted,

/s/ Kirk McAllister
KIRK MCALLISTER
Attorney for Defendant
JOHN SMITHSON

DATED: July 28, 2011        BENJAMIN WAGNER
                            United States Attorney

                             /s/ Jared Dolan
                            JARED DOLAN
                            Assistant U.S. Attorney
                            Attorney for Plaintiff

Law Offices of Preeti K. Bajwa
Preeti K. Bajwa (SBN 232484)
901 H. Street, Suite 208
Sacramento, CA 95814
(916) 444-7100

Attorney for Defendant
AISHA STEVENS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-CR-211 FCD |
| ) | |
| Plaintiff, ) | |
| ) | ORDER TO CONTINUE |
| v. ) | STATUS CONFERNCE |
| ) | |
| AISHA STEVENS, et al., ) | |
| ) | |
| Defendants. ) | |

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that this case is unusual and complex and that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, August 1, 2011, to and including September 6, 2011, shall be excluded from computation of time within which the

1 | trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §
2 | 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4
3 | (reasonable time for defense counsel to prepare).  It is further ordered that the August 1, 2011,
4 | status conference shall be continued until September 6, 2011, at 10:00 a.m.
5 |     IT IS SO ORDERED.

Dated:  July 28, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE