BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2767

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AISHA STEPHENS and ANJENETTE ) <br> BROWN, ) <br> ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. 2:10-cr-211 GEB <br><br> STIPULATION TO VACATE STATUS CONFERENCE |

The United States, Aisha Stephens, and Anjenette Brown jointly request that the January 6, 2012 status conference in this case be vacated. Both Stephens and Brown entered misdemeanor pleas to superseding informations on December 14, 2011 in front of the Honorable Kendall J. Newman. As part of the plea agreements for both defendants, the government agreed to move to dismiss, at the time of sentencing, the pending indictment as to both of these defendants. Sentencing is currently scheduled for March 7, 2012.

Accordingly the parties jointly request that the Court
///
///

vacate the January 6, 2012 status conference as to Brown and Stephens.

                                            Respectfully Submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATE: January 5, 2012        By:   /s/ Jared Dolan
                                                JARED C. DOLAN
                                                Assistant U.S. Attorney

DATE: January 5, 2012               /s/ Jared Dolan for
                                                PREETI BAJWA
                                                Attorney for AISHA STEPHENS

DATE: January 5, 2012               /s/ Jared Dolan for
                                                MICHAEL BIGELOW
                                                Attorney for ANJENETTE BROWN

                                            **SO ORDERED.**

Dated:  January 5, 2012

                                      GARLAND E. BURRELL, JR.
                                      United States District Judge