**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Anjenette Brown

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S-10-211 KJN |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING SENTENCE |
| vs. ) | |
| ) | |
| ANJENETTE BROWN, et al., ) | |
| ) | |
| Defendant ) | |

It is hereby stipulated between the parties that sentencing in this matter be continued to May 2, 2012. This continuance is necessitated by the fact that the probation officer assigned to this case is in Fresno, and he and undersigned have not been able to schedule a mutually agreeable time to conduct the presentence interview.

Dated: March 5, 2012          Respectfully submitted,

/s/MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Defendant

-1-

**IT IS SO STIPULATED**

DATED: MARCH 5, 2012                    /s/MICHAEL B. BIGELOW
                                        Attorney for Defendant Brown


DATED: March 5, 2012                    /s/JARED DOLAN
                                        Assistant United States Attorney


                     **IT IS SO ORDERED**


**Date:   3/6/2012**

                                        _____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE