BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2767

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANJENETTE BROWN, ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. 2:10-cr-211 GEB KJN <br><br> JOINT REQUEST TO EXTEND SELF-SURRENDER DATE AND ORDER |

   The United States of American and Anjenette Brown jointly request that the defendant's current self-surrender date be extended until February 25, 2013.  On October 24, 2012, the Court resentenced the defendant to a probationary term with a two month sentence of intermittent confinement to be completed as a term of that probation.  The Court ordered the defendant to self-surrender on November 30, 2012.

   The United States has filed a notice of appeal regarding the defendant's sentence, and the appeal is set to be argued before Judge Burrell on January 25, 2013.  In light of that appeal, the parties jointly request that the Court extend the defendant's self-surrender date to February 25, 2013.  The requested

extension will allow the appeal to be fully litigated and ensure that the defendant does not begin serving a custodial sentence until the case is resolved.

                                              Respectfully Submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATE: November 28, 2012      By:   /s/ Jared Dolan
                                                       JARED C. DOLAN
                                                        Assistant U.S. Attorney

DATE: November 28, 2012            /s/ Jared Dolan for
                                              MICHAEL BIGELOW
                                              Attorney for ANJENETTE BROWN

                                              **SO ORDERED.**

DATE: November 28, 2012

                                              _____
                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE